```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                 CASE NO.  24-80164-CR-LEIBOWITZ
```

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**GREGORY ALLEN MOORE**,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE came before the Court on United States Magistrate Judge Ryon M. McCabe's Report and Recommendation on Change of Plea, issued February 25, 2025 [ECF No. 29].

On February 25, 2025, Magistrate Judge McCabe held a Change-of-Plea hearing during which Defendant pled guilty to Count One of the Superseding Information [ECF No. 23], pursuant to a written plea agreement [ECF No. 27].  Magistrate Judge McCabe thereafter issued this Report and Recommendation.

No party has filed objections to Magistrate Judge McCabe's Report and Recommendation, and the time to do so has passed.

The Court has conducted a review of the record and finds no error in the Report and Recommendation.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 29] is **AFFIRMED AND ADOPTED**.

CASE NO. 24-80164-CR-LEIBOWITZ

2. The guilty plea entered into by Defendant Gregory Allen Moore as to Count One of the Superseding Information is **ACCEPTED**.

3. Defendant Gregory Allen Moore is adjudicated guilty of Count One of the Superseding Information, which charges Defendant with knowingly distributing child pornography, and material containing child pornography in violation of 18 U.S.C. § 2252A.

**DONE AND ORDERED** in the Southern District of Florida on March 24, 2025.



**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record
     Magistrate Judge Ryon M. McCabe