UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80164-CR-LEIBOWITZ

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| GREGORY ALLEN MOORE, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

Comes now the United States, by and through the undersigned Assistant United States Attorney, and hereby moves the Court to continue the sentencing hearing in this matter, currently scheduled for July 23, 2025. Counsel for the defendant does not oppose this motion.

The undersigned counsel will be out of the district from July 21, 2025, through and including August 5, 2025 (returning to the office on Wednesday, August 6, 2025). Given the procedural posture of this case, the United States respectfully submits that it would benefit judicial economy for the undersigned Assistant United States Attorney to appear before the Court rather than another representative of the United States.

Counsel for the defendant advised the undersigned that he is unavailable on August 7, 2025. The undersigned is also out of the district on Friday, August 15, 2025.[1]

---

[1] Should any continuance granted extend into September 2025, the undersigned will be out of the district on September 5, 19, and 22. Counsel for the defendant advised the undersigned that he is unavailable September 9 and 10.

WHEREFORE, the United States respectfully requests that the Court continue the sentencing hearing in this matter.

<pre>
                                        Respectfully submitted,

                                        HAYDEN P. O'BYRNE
                                        UNITED STATES ATTORNEY

                              By:       /s/ Alexandra Chase
                                        ALEXANDRA CHASE
                                        ASSISTANT UNITED STATES ATTORNEY
                                        District Court No. A5501746
                                        500 South Australian Avenue, Suite 400
                                        West Palm Beach, Florida 33401
                                        Tel: (561) 209-1011
                                        Fax: (561) 659-4526
                                        alexandra.chase@usdoj.gov
</pre>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

<pre>
                                        /s/ Alexandra Chase
                                        ALEXANDRA CHASE
                                        Assistant United States Attorney
</pre>